## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-33656 |
| Nyctasia Tyri Simmons | Chapter 13 |
| Debtor | Judge Thomas H. Fulton |

### AGREED ORDER CONCERNING OBJECTION TO PLAN

This matter having come on before the Court upon the Objection to Confirmation of Plan filed herein by the secured creditor, Bridgecrest Credit Company, LLC an affiliated company of Bridgecrest Acceptance Corporation ("Creditor"); and it appearing to the Court that the parties have agreed to a course of action which will resolve the objection. Counsel for Creditor and Counsel for Debtor have agreed to treat the loan of the 2011 DODGE CALIBER - VIN 1B3CB5HA1BD215238 as fully secured with an interest at 6.25%, with adequate protection payments of $163.00.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Mathew D. Owen
Matthew D. Owen
539 West Market Street
Suite 400
Louisville, KY 40202
Whitford13notice@gmail.com
Phone: 502.648.9392
Debtor's Counsel
**(Per E-Mail Authorization received on 1/11/2019)**


/s/ Chuck Sydenstricker
Chuck Sydensticker
Staff Attorney for William W. Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Phone: 502.581.9042
Chapter 13 Trustee
**(Per E-Mail Authorization received on 1/15/2019)**


Copies to:

Matthew D. Owen
539 West Market Street
Suite 400
Louisville, KY 40202
Whitford13notice@gmail.com
Debtor's Counsel

William W. Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Molly Slutsky Simons
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
bankruptcy@sottileandbarile.com

Nyctasia Tyri Simmons, Debtor
9502 Golders Green Cir. #103
Louisville, KY 40229